Brian R. Booker (SBN: 015637)
**Gordon Rees Scully Mansukhani, LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2491
Facsimile: (602) 265-4716
bbooker@grsm.com

Jeffrey A. Swedo (To be admitted *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI, LLP**
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060
jswedo@grsm.com

*Attorneys for Defendant*
*Yokohama Tire Corporation*

**Gordon Rees Scully Mansukhani, LLP**
**111 W. Monroe Street, Suite 1600**
**Phoenix, AZ 85003**

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**NAVAJO COUNTY**

MERLYNN PUHUYAOMA as Guardian and Conservator of Leelyn Humphrey and Seinna Humphrey, AND ON BEHALF OF THE STATUTORY BENEFICIARIES OF Barry Alan Humphrey, deceased,

Plaintiffs,

vs.

YOKOHAMA TIRE CORPORATION, a California corporation; ACCUSHINE, INC., an Arizona corporation, dba ACCUSHINE AUTO SALES; JOHN and JANE DOES I-X; and ABC COMPANIES I-X,

Defendants.

**CASE NO. S0900CV201800316**

**NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT**

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, PARTIES, AND THEIR ATTORNEYS**

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed by Defendant Yokohama Tire Corporation in the United States District Court for the District of Arizona on August 1, 2018. A copy of the Notice of Removal (without exhibits) is

attached hereto as Exhibit 1, and is served and filed herewith.

Pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal in the United States District Court, together with the filing of a copy of the Notice of Removal with this Court, effects removal of this action and the above-captioned court may proceed no further unless or until the case is remanded.

Dated this 1st day of August, 2018.

GORDON REES SCULLY
MANSUKHANI, LLP

By: */s/ Brian R. Booker*
Brian R. Booker

Attorneys for Defendant
Yokohama Tire Corporation

ORIGINAL electronically filed this
1st day of August, 2018, with copies mailed to:

Robert W. Boatman
Shannon L. Clark
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
*Attorneys for Plaintiffs*

Jacob Speckhard
Jones Skelton Hochuli, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendant Accushine, Inc.*

*By: Angelina Chavez*

# EXHIBIT 1

Brian R. Booker (SBN: 015637)
**GORDON REES SCULLY MANSUKHANI, LLP**
111 W. Monroe Street, Suite 1600
Phoenix, AZ 85003
Telephone: (602) 794-2491
Facsimile: (602) 265-4716
bbooker@grsm.com

Jeffrey A. Swedo (To be admitted *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI, LLP**
2211 Michelson Drive, Suite 400
Irvine, CA 92612
Telephone: (949) 255-6950
Facsimile: (949) 474-2060
jswedo@grsm.com

*Attorneys for Defendant*
*Yokohama Tire Corporation*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Merlynn Puhuyaoma as Guardian and Conservator of Leelyn Humphrey and Seinna Humphrey, and on behalf of the statutory beneficiaries of Barry Alan Humphrey, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>Yokohama Tire Corporation, a California corporation; Accushine, Inc., an Arizona corporation, dba Accushine auto Sales; John and Jane Does I-X; and ABC Companies I-X,<br><br>Defendants. | **CASE NO.**<br><br>**NOTICE OF REMOVAL** |

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Yokohama Tire Corporation ("Yokohama") hereby removes this action from the State of Arizona, Navajo County Superior Court to this Court. This Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1). The grounds for removal are the following:

1. Plaintiff Merlynn Puhuyaoma, with the filing of the Complaint,

commenced this action in the Navajo Superior Court on June 26, 2018, in Case Number CV2018-00316 (the "Superior Court Action").

2. Plaintiffs are residents of Navajo County, Arizona.

3. Defendant Yokohama is a California corporation.

4. Defendant Accushine Auto Sales ("Accushine") is an Arizona corporation.

5. The Complaint asserts two causes of action against Yokohama and Accushine: strict products liability and negligence.

6. The Complaint alleges that Accushine sold the tire at issue in a condition that was defective, unfit, and unreasonably dangerous for its intended and foreseeable use and that Accushine is strictly liable for Plaintiffs' damages.

7. A seller of a used product cannot be held strictly liable for harm to persons or property without evidence that the defect satisfies one or more conditions, including but not limited to, the defect arises from the seller's failure to exercise reasonable care, the defect is a defect in a used product remanufactured by the seller or a predecessor in the commercial chain of distribution of the used product, or the defect arises from a used product's noncompliance with a product safety statute or regulation applicable to the used product. Restatement (Third) of Torts: Products Liability § 8 (Am. Law Inst. 1998).

8. The Complaint does not make any allegations of negligent conduct of Accushine and states instead that, "Upon belief, Defendant Yokohama may argue that Accushine was negligent in its service or inspection of the subject tire. In such event, Plaintiffs adopt their allegations in an abundance of caution and to avoid a non-party at fault designation." (Compl. at ¶ 41.)

9. As of the filing of this Notice, Yokohama has no evidence to suggest that Accushine is a proper nonparty at fault.

10. Accushine is therefore a placeholder defendant identified to defeat diversity jurisdiction in this Court.

11. Yokohama received a copy of the Complaint on July 2, 2018. The Complaint, Certificate of Arbitration, and Demand for Jury Trial are attached as **Exhibit**

**A**.

12. Removal is timely under 28 U.S.C. § 1446(b) because this Notice is filed within 30 days after receipt by Yokohama of the Complaint and Request for Waiver of Service of Summons, and within one year of the commencement of the action.

13. Under 28 U.S.C. § 1441, this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Arizona is the federal judicial district embracing Navajo County, Arizona, the county in which the Superior Court Action was filed.

14. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different States and the amount in controversy exceeds $75,000. This action may therefore be removed to this Court by Yokohama under the provisions of 28 U.S.C. § 1441(b).

15. Pursuant to 28 U.S.C. § 1446 and LRCiv 3.6(a), counsel for Yokohama has caused a copy of this Notice of Removal to be filed in the Superior Court Action. A copy of the state court notice (without exhibits) is attached as **Exhibit B**.

16. Undersigned counsel verifies that a true and correct copy of all pleadings and other documents filed in the State Court Action in Yokohama's possession are attached hereto as **Exhibits A and B**.

17. By filing this Notice of Removal, Yokohama does not waive any objections it may have to service, jurisdiction, or venue, nor does it waive any other defenses that it may have to this action. Yokohama makes no admission of fact, law, or liability, and expressly reserves its right to assert all available defenses and to bring any applicable motions.

WHEREFORE, Defendant Yokohama Tire Corporation respectfully requests that this Notice of Removal be filed, the Superior Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of Navajo County, Arizona.

Dated this 1st day of August, 2018.

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Brian R. Booker*
Brian R. Booker

*Attorneys for Defendant Yokohama Tire Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing.

I further certify that on August 1, 2018, I served the foregoing document by mailing same to the following:

Robert W. Boatman
Shannon L. Clark
Gallagher & Kennedy, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225

*Attorneys for Plaintiffs*

Jacob Speckhard
Jones Skelton Hochuli, PLC
40 N. Central Ave., Suite 2700
Phoenix, AZ 85004

*Attorneys for Defendant Accushine, Inc.*

*/s/ Angelina Chavez*

**Angelina Chavez**

**From:** CustomerService=turbocourt.com@smtp.turbocourt.com on behalf of TurboCourt Customer Service <CustomerService@TurboCourt.com>
**Sent:** Wednesday, August 01, 2018 6:17 PM
**To:** Annelise Dominguez; Angelina Chavez; Natalie Tanner
**Subject:** AZTurboCourt E-Filing Courtesy Notification

PLEASE DO NOT REPLY TO THIS EMAIL.

A party in this case requested that you receive an AZTurboCourt Courtesy Notification.

AZTurboCourt Form Set #2728976 has been DELIVERED to Navajo County - Superior Court.

You will be notified when these documents have been processed by the court.

Here are the filing details:
Case Number: S0900CV201800316 (Note: If this filing is for case initiation, you will receive a separate notification when the case # is assigned.)
Case Title: MARLYNN PUHUYAOMA et al. v. YOKOHAMA TIRE CORPORATION et al.
Filed By: Brian R Booker
AZTurboCourt Form Set: #2728976
Keyword/Matter #: SJA-1161643 Notice of Removal to District Court
Delivery Date and Time: Aug 01, 2018 6:17 PM MST

Forms:
Summary Sheet (This summary sheet will not be filed with the court. This sheet is for your personal records only.)

Attached Documents:
Notice: Notice: Notice of Filing Notice of Removal to Federal Court
Exhibit/Attachment (Supporting): Exhibit 1